No. 03–10090. DAVIS v. WALDRON, CLERK, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10113. MOLINEAUX v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 03–10133. TOMLIN v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10145. LOCKLEAR v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 03–10167. ATTIA v. SOCIAL SECURITY ADMINISTRATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–10194. GUY v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Certiorari denied.

No. 03–10212. GRANT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10219. WARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10226. CASEY v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10231. AREVALO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10236. WATKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10239. BURR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10244. CRAYTON, AKA HARRIS, AKA WINTERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.